IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-00808-E |
| | § | |
| JUAN CARLOS ROSTRO, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 2, 2026 (ECF No. 10). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the United States of America's Motion for Default Judgment is **GRANTED IN PART** and **DENIED IN PART** as to attorneys' fees and costs. The government will be awarded damages in the amount of $11.548.28 and post-judgment interest at the applicable federal rate from the date of judgment until paid in full.

(*Signature Page Follows*)

**SO ORDERED.**

24th Day of March, 2026.

                               _____

ADA BROWN
UNITED STATES DISTRICT JUDGE